UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) Civil Action No. |
| Plaintiff, | ) ) HONORABLE |
| v. | ) ) **COMPLAINT** ) **AND JURY DEMAND** |
| PINNACLE AIRLINES, INC., | ) ) |
| Defendant. | ) |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Vickie Cowie ("Cowie") who was adversely affected by such practices. As alleged with greater particularity in paragraph 8 below, the Equal Employment Opportunity Commission alleges that Defendant Pinnacle Airlines, Inc. violated the Americans with Disabilities Act ("ADA") when it terminated Cowie's employment as a Flight Operations/Administrative Clerk on the basis of her disability, left knee arthritis.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights

Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, as amended, 42 U.S.C. § 1981(a).

2. The employment practices hereafter alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Pinnacle Airlines, Inc. (the "Employer"), has continuously been a Georgia corporation doing business in the State of Michigan and the City of Romulus, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. § 2000e (g) and (h).

6. At all relevant times, Defendant Employer has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

2

## STATEMENT OF CLAIMS

7. More than thirty (30) days prior to the institution of this lawsuit, Cowie filed a charge with the Commission alleging violations of Title I of the ADA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least May 17, 2007, Defendant Employer engaged in unlawful employment practices at its Romulus, Michigan facility in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. §§ 12112(a). The Defendant's practices include, but are not limited to, terminating Cowie's employment as a Flight Operations/Administrative Clerk on the basis of her disability, left knee arthritis.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Cowie of equal employment opportunities and otherwise adversely affect her status as an employee because of her disability.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were committed with malice and reckless indifference to Cowie's federally protected rights.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. GRANT a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from discriminating on the basis of disability.

3

B. ORDER Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. ORDER Defendant Employer to make whole Cowie by providing her with appropriate back pay with pre-judgment interest, in amounts to be determination at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. ORDER Defendant Employer to make whole Cowie by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including but not limited to job search expenses, in amounts to be determined at trial.

E. ORDER Defendant Employer to make whole Cowie by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including but not limited to emotional pain, suffering, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. ORDER Defendant Employer to pay Cowie punitive damages for its malicious and reckless conduct, as described in paragraph 8 above, in amounts to be proven at trial.

G. GRANT such further relief as the Court deems necessary and proper in the public interest.

4

H.   AWARD the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: August 21, 2009

DEBORAH M. BARNO (P44525)
Supervisory Trial Attorney

OMAR WEAVER (P58861)
Senior Trial Attorney

TREK K. CARETHERS (57016)
Trial Attorney

DETROIT FIELD OFFICE
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
Telephone: (313) 226-2449
e-mail: trek.carethers@eeoc.gov

5